[No. 8512. Department One. June 27, 1910.]

R. W. STARR, *Appellant,* v. LONG JIM *et al., Respondents.*[1]

APPEAL—REVIEW—SECOND APPEAL—LAW OF CASE. Upon a second appeal, the supreme court cannot reconsider the questions determined on the former appeal.

Appeal from a judgment of the superior court for Chelan county, Grimshaw, J., entered June 12, 1909, in favor of the defendants, in an action to quiet title, after a hearing before the court without a jury. Affirmed.

*Reeves & Reeves* and *R. W. Starr,* for appellant.

PER CURIAM.—On a former appeal of this case the judgment was reversed, and the cause remanded to the court below with directions to enter judgment in favor of the defendants in accordance with the prayer of their answer, upon the payment of certain sums to be ascertained and fixed by that court. *Starr v. Long Jim,* 52 Wash. 138, 100 Pac. 194. A further hearing was had after the cause was remanded, and

[1]Reported in 109 Pac. 810.

a second and final judgment was entered in accordance with the mandate of this court. From the latter judgment, this appeal is prosecuted.

No error is assigned upon any ruling or decision of the court on the second hearing, and we have neither the right nor the disposition to reconsider the questions determined here on the former appeal.

The judgment is therefore affirmed.